82,364-01

RICKEY JOHNSON
NO. 1742560- PACK UNIT
2400 WALLACE PACK, RD.
NAVASOTA, TEXAS 77868

MR. ABLE ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX- 12308, CAPITOL STATION
AUSTIN, TEXAS 78711.

JUNE 1, 2015

RE: WR-82, 364-01; Tr.Ct.No. CR12-011A (11/26/14- DENIED WITHOUT W/O.)

MR ACOSTA:

I am providing you with this sworn affidavit, attesting to the fact that I was dooped into the filing of my Writ of Habeas Corpus Application which was processed under the writ number cited above. I had no knowledge above the contents of this legal document filed. Had I, it would never have been filed. This was an "inmate con game" I was not privy to and I am asking that the Court's ruling although it must stand, the Court will allow a second filing without being cited for writ abuse. The writ I wish to file, was done by me... for me, and I am aware of its contents.

Please contact me with regards to this matter as this situation really has me upset. Thank you very much.

Respectfully Submitted,

RICKEY LYNN JOHNSON

enclosures (2)

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 09 2015
Abel Acosta, Clerk

# A F F I D A V I T

Before me, the undersigned authority, personally appeared RICKEY LYNN JOHNSON, TDCJ NO. 1742560, who duly sworn, deposes as follows:

" My name is RICKEY LYNN JOHNSON, TDCJ NO. 1742560. I am over the of 18, competent to make this affidavit and personally acquainted with the facts stated herein:

I am assigned to the Pack Unit of the Texas Department of Criminal Justice, Criminal Institutional Division. While assigned to the Pack Unit, I came to know an offender by the name of Craig Converse, TDCJ No. 1786491 who has since been released to parole and is residing in Montgomery County, Texas. Offender Converse portrayed himself as being a "Certified Paralegal" with legal offices located in Miami, Fl. [See Attached Business Card]

Offender, Converse reviewed my legal documents which I had in my possession and advised me that he could get my conviction reversed and remanded for a new trial, however, this would cost me the sum of $60.00. Not knowing any better and listening to this fast talking con man, I allowed Offender, Converse access to my legal documents. I let him do what he assured me was in my best interests. At that time I was seriously ill with a grave chemical Imbalance due to liver problems which cause failure of my memory, as well as balance problems. I apparently signed the Writ of Habeas Corpus forms, although I do not recall having them read or explained to me. The ramifications of the claims being placed before the Court also were never explained to me.

For these reasons and the fact that I was medically infirm due to my serious medical problems, I was not aware of the consequences in allowing Offender, Converse to submit these documents on my behalf. I am requesting permission from this Honorable Court to allow the re-filing of a Writ of Habeas Corpus under Article 11.07, V.A.C.C.P. without being cited for abuse-of-writ for successive filings and abuse of writ. "

## UNSWORN DECLARATION

My name is Rickey Lynn Johnson. My birthdate is September 09, 1957, and my Inmate Identification Number is 1742560. I am presently incarcerated at the Pack Unit, 2400 Wallace Pack, Rd. Navasota, Texas 77868. I declare under penalty of perjury that the foregoing Affidavit is true and correct. Executed on this the 29th day of May, 2015.

_RICKEY LYNN JOHNSON_
** AFFIANT **



Craig A. Converse
General Manager

5703 NW 7th Street
PO Box 25479 EIS6551
Miami, Florida 33102-5479
Tel: (860)402-6103
EMAIL: dpsparalegal@gmail.com
www.dpsparalegal.com

**DPS Ltd**
Independent Paralegal Service